In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00361-CR
NO. 09-19-00362-CR
NO. 09-19-00363-CR
NO. 09-19-00364-CR
_____

**JAARON LSONTHIA MISHAW, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause Nos. 18-28967, 18-28968, 18-28969, 18-30057**

**MEMORANDUM OPINION**

Jaaron Lsonthia Mishaw appealed from four sentences pronounced on July 29, 2019. The notices of appeal were filed with the trial court on September 30, 2019, more than thirty days from the date of sentencing and outside the time for requesting an extension of time for filing the notices of appeal. We notified the parties that the

1

notices of appeal did not appear to have been timely filed. Mishaw did not file a response.

The Court finds that the notices of appeal were not timely filed. *See* Tex. R. App. P. 26.2. Mishaw did not file any motions for extension of time under Rule 26.3 of the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 26.3. And it does not appear Mishaw obtained permission to pursue any out-of-time appeals from the Court of Criminal Appeals in the four appeals that are at issue here. For those reasons, we lack jurisdiction to entertain Mishaw's appeals. The appeals are dismissed for want of jurisdiction.

APPEALS DISMISSED.

PER CURIAM

Submitted on December 3, 2019
Opinion Delivered December 4, 2019
Do Not Publish

Before Kreger, Horton, and Johnson, JJ.